IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VAI, INC., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 11-3906 |
| | : | |
| v. | : | |
| | : | |
| MILLER ENERGY RESOURCES, INC., | : | |
| f/k/a MILLER PETROLEUM, INC., and | : | |
| COOK INLET ENERGY, LLC, | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

**AND NOW**, this 31st day of October, 2013, upon consideration of Defendant's Motion for Summary Judgment ("Motion") (Dkt. No. 61) and the subsequent responses thereto, it is hereby ORDERED said Motion is granted in part and denied in part as follows:

1. Said Motion is GRANTED as to Counts II and III; and

2. Said Motion is DENIED as to Count I.

BY THE COURT:

/s C. Darnell Jones, II
_____
C. DARNELL JONES, II
UNITED STATES DISTRICT JUDGE